UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zhour Elotmani,<br><br>              Plaintiff,<br>v.<br><br>Sunrise Credit Services, Inc.; and DOES 1-5, inclusive,<br><br>              Defendants. | Civil Action No.: 1:12-cv-03756-RRM-VMS |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that, pursuant to FRCP 41(a)(1)(A)(i), the Plaintiff, ZHOUR ELOTMANI, by and through her attorneys, hereby agrees to dismiss the above-entitled action with prejudice and without costs to any party.  To date, the Defendants have not answered or moved for summary judgment.

Dated: September 14, 2012

                                              Respectfully submitted,

                                              By: /s/ Hashim Rahman

                                              Hashim Rahman, Esq.
                                              Rahman Legal
                                              155 Water St., Fl 5
                                              Brooklyn, NY 11201
                                              hrahman@rahmanlegal.com
                                              Phone: (347) 433-6139
                                              Fax:    (347) 382-9457

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2012, a true and correct copy of the foregoing Notice of Voluntary Dismissal was electronically filed with the U.S. District Court, Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

  I hereby certify that on September 14, 2012, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served by mail upon the following parties:


Sunrise Credit Services, Inc.
260 Airport Plaza
Farmingdale, NY 11735


           By /s/ Hashim Rahman_____

           Hashim Rahman, Esq.
           Rahman Legal
           155 Water St., Fl 5
           Brooklyn, NY 11201
           hrahman@rahmanlegal.com
           Phone: (347) 433-6139
           Fax: (347) 382-9457